UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: ALEJANDRO DELGADO MAGRO § | CASE NO: | 05-41887-H4-13 |
| and § | | |
| VIRGINIA MAGRO § | | |
| Debtors § | CHAPTER 13 | |

### Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $9,450.00, which was deposited as unclaimed funds on behalf of Alejandro Delgado Magro and Virginia Magro.

2. Applicant is entitled to receive the requested funds, has **made sufficient inquiry and has no** knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following:

   ☐  a. Applicant is the debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

   ☒  b. Applicant is the attorney in fact for the debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the debtor.

   ☐  c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

   ☐  d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

   ☐  e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

   ☐  f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

   _____
   _____
   _____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or

imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of Perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 8/10/2009

Applicant's Signature /s/ Brian D. Williams
Applicant's Name    Brian D. Williams
                    Attorney at Law
Address             5519 Louetta Road, Ste B
                    Spring, Texas 77379
Phone:              (832) 717-0678

Subscribed and sworn before me this 10th day of August, 2009.

Notary Public
State of _____
My commission expires _____

Linda S. Williams
Notary Public
STATE OF TEXAS
My Comm Exp. Nov. 28, 2010

Attachments:  1.  Affidavit executed by Alejandro Delgado Magro and Virginia Magro
              2.  Order For Payment of Unclaimed Funds

## Certificate of Service

I certify that on August 10, 2009, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P. O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

Alejandro D. Magro
423 Noonday
Houston, TX 77060

Virginia C. Magro
25390 Hemlock Lane
Cleveland, TX 77328