# AFFIDAVIT

COUNTY OF HARRIS )
STATE OF TEXAS )

    Alejandro D. Magro and Virginia C. Magro, husband and wife, do hereby state the following to be the truth:

1. My name is Alejandro D. Magro and I was a Debtor in bankruptcy case 05-41887-H4-13, which case was dismissed by the Court.

2. My name is Virginia C. Magro and I was a Debtor in bankruptcy case 05-41887-H4-13, which case was dismissed by the Court.

3. After the case was dismissed, Virginia C. Magro continued making payments to the Trustee. This was done because Virginia C. Magro did not understand that the case had been dismissed.

4. Upon receiving the most recent motion by the Trustee, David Peake, to deposit the funds with the Court, Alejandro and Virginia Magro consulted with their attorney, Brian DS. Williams, and received explanations for what had happened and what needed to be done.

5. Alejandro D. Magro and Virginia C. Magro desire that the funds on deposit with the Court be sent to their attorney, Brian D. Williams, to be held by him in his trust account for their benefit. It is understood that the Trustee has paid into the Court under two separate orders the sum of $ 9,450.00.

Affiants state that the foregoing is their belief, understanding and desire.

8-10-09
Date

8/10/09
Date

_Alejandro D. Magro_

_Virginia C. Magro_

## NOTARY

    Before me this date appeared Alejandro D. Magro and Virginia C. Magro, being both known to me, and did state that the foregoing statements are true and correct and that this affidavit has been signed freely.

ANNA L. HERNANDEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. Oct. 03, 2011

Notary, State of Texas
My commission expires 10-3-2011.