

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
08/20/2009

| | | |
|---|---|---|
| In Re: ALEJANDRO DELGADO MAGRO | § | CASE NO:   05-41887-H4-13 |
| and | § | |
| VIRGINIA MAGRO | § | |
| Debtors | § | CHAPTER 13   #53 |

### Order for Payment of Unclaimed Funds

Upon the application of Brian D. Williams, seeking payment of $ 9,450.00 representing funds previously unclaimed by

Alejandro Deldado Magro and Virginia Magro

debtors in the above-entitled case, and it appearing from the application and supporting documentation that Brian D. Williams is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ 9,450 to:

Brian D. Williams
Attorney at Law
5519 Louetta Road, Ste B
Spring, Texas 77379

Signed this 19th day of August, 2009.

United States Bankruptcy Judge